AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>TODD JOSEPH SIMMERMAN<br><br>*Defendant(s)* | )<br>)<br>)   Case No.<br>)           6:19-mj- 1634<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 18, 2019__ in the county of __Brevard__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2251(a) and 2252A(a)(2) | Production and distribution of child pornography. |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Aja Stake, Task Force Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9/10/19

_____
Judge's signature

City and state: Orlando, Florida

GREGORY J. KELLY, U.S. Magistrate Judge
*Printed name and title*

STATE OF FLORIDA                          CASE NO. 6:19-mj-1634

COUNTY OF ORANGE

## AFFIDAVIT

### INTRODUCTION

I, Aja Stake, being duly sworn, do hereby depose and state as follows:

1. I am a Task Force Agent (TFA) with the United States Department of Homeland Security Investigations, formerly the United States Customs Service. I am currently assigned to the Office of the Resident Agent in Charge, Cocoa Beach, Florida, which is responsible for conducting criminal investigations and enforcing laws that are under the investigative jurisdiction of United States Immigration and Customs Enforcement in the counties of Brevard and Volusia, in the Middle District of Florida. I am a cross-designated law enforcement officer of the United States within the meaning of Section 1401(I) of Title 19, United States Code, and am empowered to investigate and make arrests for violations of U.S. criminal laws within the meaning of Section 2510(7) of Title 18, United States Code.

2. In September 2018, I was assigned as a TFA with the United States Immigration and Customs Enforcement, Homeland Security Investigations (ICE/HSI). I am currently employed by the Brevard County Sheriff's Office and assigned to the Sexual Offender Registration and Tracking Unit to investigate

Internet crimes against children. I have been a sworn law enforcement officer in the State of Florida since 2001.

3. As a TFA, my responsibilities include investigating possible criminal violations of U.S. Customs and related laws. I have received extensive training and practical experience in the investigations of sex crimes, child exploitation, child pornography, and computer crimes. I have been involved in investigations involving child pornography and online enticement of a minor. I have participated in investigations of persons suspected of violating federal child pornography laws, including 18 U.S.C. §§ 2251(a), 2252 and 2252A. I have also participated in investigations of persons suspected of violating federal laws pertaining to the enticement of minors in violation of 18 U.S.C. § 2422(b). I have participated in various training courses for the investigation and enforcement of federal child pornography laws in which computers are used as the means for receiving, transmitting, and storing child pornography. Additionally, I have been involved in authoring and participated in the execution of search warrants involving searches and seizures of computers, computer equipment, software and electronically stored information.

4. I submit this affidavit in support of an application for the issuance of an arrest warrant for **TODD JOSEPH SIMMERMAN**. As set forth in more detail below, I have probable cause to believe that on or about May 18, 2019,

**SIMMERMAN** used, persuaded and enticed a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct using his Samsung Galaxy 8 Note smartphone, in violation of 18 U.S.C. § 2251(a), and that on or about May 18, 2019, **SIMMERMAN** knowingly distributed child pornography using a means or facility of interstate commerce, in violation of 18 U.S.C. § 2252A(a)(2).

5. I make this affidavit from personal knowledge based on my participation in this investigation, information from other criminal investigators, information from law enforcement officers, information from agency reports, and review of documents, videos, and photographs provided to me by these witnesses and law enforcement officers. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint, I have not set forth each and every fact learned during the course of this investigation.

## INVESTIGATION

6. On April 24, 2019, the Brevard County Sheriff's Office began a sexual battery investigation, after receiving information that an adult male had engaged a 15-year-old girl in sexual activity. The suspect was later identified as **SIMMERMAN**.

7. During the investigation, officers learned that **SIMMERMAN** was a registered sex offender in Florida. Specifically, on October 8, 2013, **SIMMERMAN** was convicted in the Tenth Judicial Circuit, Polk County, Florida of traveling to meet a child to engage in unlawful sexual conduct after using a computer to lure a child, in violation of F.S. § 847.0135, and unlawful use of a 2-way communication device, in violation of F.S. § 934.215. The Honorable John K. Stargel, Circuit Judge, sentenced **SIMMERMAN** to two years in state prison, and ordered him to register as a sex offender pursuant to the provision of F.S. § 943.0435(1)(a). On February 4, 2015, **SIMMERMAN** wrote a letter to Judge Stargel, which was filed with the Polk County Clerk of Court, stating that he was HIV positive.

8. On or about April 26, 2019, Agent Carmen Minthorn with the Brevard County Sheriff's Office Special Victims Unit, monitored as the victim was interviewed by the Child Protection Team. The victim said that in or about December 2018, she met **SIMMERMAN** on snapchat and that he hired her to babysit his children while he worked at his computer repair shop. The victim denied that she had sexual contact with **SIMMERMAN**.

9. On or about May 29, 2019, the victim's mother contacted Agent Minthorn and stated that the victim had disclosed to her that she was involved in a sexual relationship with **SIMMERMAN**. The victim's mother provided

4

law enforcement with the cell phone that the victim used and consented to a search of the phone. The victim's mother also provided law enforcement with **SIMMERMAN'S** cell phone number (321) 917-3102, and stated that he used a Samsung phone in a blue case.

10. A forensic examiner conducted an analysis of the victim's phone and found several text message conversations between the victim and **SIMMERMAN** during the period January 30, 2019 to May 29, 2019. The examiner found a contact for **SIMMERMAN** in the victim's phone, labeled "Todd" with phone number (321) 917-3102.

11. During a text conversation dated May 28, 2019, between **SIMMERMAN** and the victim, **SIMMERMAN** persuaded and enticed the victim to engage in sexual activity with another male and him. **SIMMERMAN** said the following, in part:

> **SIMMERMAN**: So your ass gonna get it finally
> **SIMMERMAN**: Both holes
> Victim: Woah wait what
> Victim: Wdym both holes
> **SIMMERMAN**: Pussy and ass at the same time.
> Victim: Ummm idk about that… We haven't done that.. I aint ready
> **SIMMERMAN**: You will be ready we will numb ur ass get u high or drunk and take our turns on it
> Victim: So when are we planning this to happen
> **SIMMERMAN**: SOON!
> Victim: Yea well how soon..Bc school is almost out
> **SIMMERMAN**: U tell me how u can get away
> Victim: The only thing I can think of is sometime this weekend

5

> SIMMERMAN: See if I can make it happen
> \*\*\*
> SIMMERMAN: This has to be lasttime for a while tho
> SIMMERMAN: Like at least a month
> Victim: That what we said last time... We only lasted 3 weeks
> SIMMERMAN: Well this time I mean it and this time were going all out anal and all.
> Victim: I'm scare for the anal part..
> SIMMERMAN: its gonna hurt but I promise it will get better so fight through the pain and just do as daddy says and take it like a good girl.

12. During the above text conversation, **SIMMERMAN** also told the victim, "I am gonna get some amazing high rez pic of our cocks inside ur holes."

13. On May 30, 2019, the Brevard County Sheriff's Office arrested **SIMMERMAN** for Failure by Sexual Offender to Register Telephone Changes, in violation of F.S.S. 943.0435(4)(e)(2), and seized his Samsung Galaxy Note 8 (IMEI 358503081375421)) smartphone incident to his arrest. The phone was in a blue protective case, with phone number (321) 917-3102. A forensic examiner conducted a forensic examination of the device pursuant to a State search warrant issued by Judge Michelle Baker, Circuit Court Judge, Eighteenth Judicial Circuit, Brevard County, Florida. The phone was manufactured in China.

14. During the forensic examination, the forensic examiner located one video on **SIMMERMAN'S** Samsung phone that depicted **SIMMERMAN** engaging in sexual intercourse with the minor victim. The metadata associated

with the video shows that it was recorded on or about May 18, 2019. The examiner also located text conversations on **SIMMERMAN'S** phone dated on or about May 18, 2019, in which **SIMMERMAN** made plans to pick up the minor victim. During the illegal sexual activity, the following conversation is heard in part between **SIMMERMAN** and the victim:

> **SIMMERMAN**: "You like that big dick?"
> Victim: "Yes daddy."
> **SIMMERMAN**: "How old are you baby?"
> Victim" "Fifteen daddy."
> **SIMMERMAN**: "You gonna take some loads tonight, huh?"
> Victim: "Uh huh."
> **SIMMERMAN**: "I have a few friends coming, yeah."
> Victim: "Uh huh."
> **SIMMERMAN**: You've done this once or twice, huh?"
> Victim: "Uh huh."
> **SIMMERMAN**: "You like it when I film you."
> Victim: "Yes daddy."

During the conversation, **SIMMERMAN** also referred to the victim as "my little fucking minor."

15. In addition, investigators located approximately seven naked pictures of the victim on **SIMMERMAN'S** Samsung phone. Two of the pictures depicted the victim naked, lying on her back, spreading her legs and lasciviously displaying her vagina.

16. I have reviewed the two images of the victim lasciviously displaying her vagina described in paragraph 15 above, and based on my

7

training and experience, the images depict sexually explicit conduct under 18 U.S.C. § 2256(2)(A) and constitute child pornography.

17. A computer examiner also located a text conversation between **SIMMERMAN** and another user on Kik, dated on or about May 18, 2019, during which **SIMMERMAN** attempted to arrange for the user to have sexual intercourse with the victim. **SIMMERMAN** sent the user a clothed picture of himself with the victim, followed by the child pornography images of the victim described in paragraph 15 above. The following conversation ensued, in part:

> Kik user: "Im doooown"
> **SIMMERMAN**: "Shes 18 can u come to cocoa village?"
> Kik user: "Yea"
> **SIMMERMAN**: Ok let me go get her then and come back."
> Kik user: "leta talk details real quick."
> **SIMMERMAN**: "She loves creampies and DVP"
> **SIMMERMAN**: "Sucking cock is good."
> Kik user: "She clean and birth control and all that?"
> **SIMMERMAN**: "Loves her pics taken while being fucked discreet ofcourse."
> **SIMMERMAN**: "Yes and yes."
> Kik user: "Sounds to good to be true almost lol."
> **SIMMERMAN**: "Lol I promise it's not its real."

Later in the conversation, the user stated that he wanted to see the victim's ID before he met with them. **SIMMERMAN** replied, "Shes looking for it now. Well this is a bummer she cant find it... Well sorry to waste your time. Thanks anyway."

8

18. On or about June 4, 2019, Agent Minthorn interviewed the victim. The victim stated that shortly after she began babysitting **SIMMERMAN'S** children at his repair shop, he engaged her in sexual activity. The victim stated that **SIMMERMAN** made her feel comfortable, and said that he understood her and made her feel like she could "show herself more." She said that **SIMMERMAN** sent her naked pictures of himself and asked her to send him naked pictures of herself. She said they engaged in sexual intercourse on multiple occasions, and that **SIMMERMAN** told her that he photographed and videotaped them having sex.

19. I have obtained a copy of the victim's birth certificate and confirmed that the victim was 15-years-old at the time of the offenses described above.

## CONCLUSION

20. Based on the above, I believe there is probable cause that **SIMMERMAN** sexually exploited a child and knowingly distributed child pornography, in violation of 18 U.S.C. §§ 2251(a) and 2252A(a)(2).

*[signed]*
Aja Stake, Task Force Agent
Homeland Security Investigations

Subscribed and sworn to before me
this 10 day of September, 2019.

*[signed]*
GREGORY J. KELLY
United States Magistrate Judge